UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIJUANA L. CANDERS,

                Plaintiff,

-against-

DAVID C. FORBES; TRACY FORBES; RAIMA FORBES,

                Defendants.

23-CV-0457 (UA)

ORDER

LAURA TAYLOR SWAIN, United States District Judge:

    On January 26, 2023, an order was entered dismissing this action as duplicative of another action filed by Plaintiff. (ECF 5.) Judgment was entered on the same day. (ECF 6.) The order of dismissal and civil judgment were not intended to be entered in this action; they were intended to be entered in Plaintiff's action pending under docket number No. 23-CV-0532 (LTS). Because those documents were not intended to be docketed in this action, the Court directs the Clerk of Court to delete those documents (ECF 5, 6) from the docket. The Court further directs the Clerk of Court to reopen this action. A subsequent order will issue in No. 23-CV-0532, and the Court will address the complaint in this action, No. 23-CV-0457, in due course.

SO ORDERED.

Dated:    February 1, 2023
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge