UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIJUANA L. CANDERS,<br><br>       Plaintiff,<br><br>  -against-<br><br>DAVID C. FORBES; TRACEY FORBES;<br>RAIMA FORBES,<br><br>       Defendants. | 23-CV-0457 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the May 30, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 10, 2023
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge